## COUNTY COURT—KINGS COUNTY,
## Nov. 1915.

### THE PEOPLE ex rel. JOHN SHANNON, RESPONDENT, v. MORRIS GARSTENFELD, APPELLANT.

(92 Misc. 388.)

DISORDERLY CONDUCT—CONVICTION FOR—WHEN CONVICTION WARRANTED.

Whether it is disorderly conduct for one to greet another by placing the end of his thumb against the tip of his nose at the same time extending and wiggling his fingers depends upon circumstances.

The enactment of such a nasal and digit drama tends to show a design to endanger strife, and where the evidence shows that defendant had committed the same offense toward complainant on previous occasions, thus indicating a determination to annoy him to the limit of patient endurance, his conviction for disorderly conduct is warranted and will be affirmed.

APPEAL from a judgment of conviction in a Magistrate's Court.

*Berlin* and *Berlin*, for appellant.

*James C. Cropsey*, District Attorney (*Ralph E. Hemstreet* and *Harry G. Anderson* with him on the brief), for respondent.

ROY, J.:

Is it disorderly conduct for one individual to publicly greet another by placing the end of his thumb against the tip of his nose, at the same time extending and wiggling the fingers of his hand? That momentous question is involved in this appeal. What meaning is intended to be conveyed by the above described pantomime? Is it a friendly or an unfriendly action; a compliment or an insult? Is it a direct invitation to fight, or is it likely to provoke a fight? Doctor Holmes, that delight-

ful wit and philosopher of a former generation, remarked in his
" Autocrat at the Breakfast Table " that " there are a good
many symbols even that are more expressive than words." In
the Knickerbocker History of New York we read that when
William the Testy sent an expedition to treat with the belligerent
powers of Rensselaerstein, the ambassador who accompanied
the expedition demanded the surrender of the fortress. " In
reply the Wachtmeester applied the thumb of his right hand to
the end of his nose, and the thumb of his left hand to the little
finger of the right, and spreading each hand like a fan, made an
aerial flourish with his fingers." No breach of the peace ensued,
but this was apparently owing to the fact that the ambassador
was ignorant of the significance of the wachtmeester's salutation.
It is, however, recorded that the practice became wide-spread,
and that up to the author's day the thumb to the nose and the
fingers in the air is apt to be a reply made by tenants to their
landlord when called upon for any long arrears of rent. The
practice still persists, and is not limited to tenants who are
indisposed to pay their rent. Among boys it serves as a harmless
vent for injured feelings, which lack the proper vocabulary
to relieve themselves through audible speech. But when boys
become men they should " put away childish things." In the
case at bar the circumstances attending the enactment of the
nasal and digit drama aforesaid tend to show a design to engender
strife. Moreover, the defendant had committed the same offense
toward the complaining witness on previous occasions, thus in-
dicating a determination to annoy him to the limit of patient
endurance. My answer to the question stated at the beginning
of this opinion is: It depends on circumstances. And under
the circumstances disclosed I am satisfied the magistrate was
fully warranted in reaching the conclusion he arrived at, and I,
therefore, affirm the conviction.

Judgment affirmed.